IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01312-WDM-BNB

KAREN H. SNYDER,

Plaintiff,

v.

CHRISTIAN DIOR, INC., a New York corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Complaint** [Doc. # 20, filed 10/19/2007] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint and Demand for a Jury Trial [Doc. # 20-2]. The defendant shall respond to the Amended Complaint within ten days.

Dated November 15, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge